# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

RONALD VALVERDE,

    Plaintiff,

vs.

U.S. BANCORP D/B/A U.S. BANK, N.A.,

    Defendant.

**Case No.: 2:18-cv-02713**

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Ronald Valverde, through counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendant, U.S. Bancorp doing business as U.S. Bank, N.A.

RESPECTFULLY SUBMITTED,

Dated: May 23, 2018      By:    */s/Brian Brazier*
    Brian Brazier (SBN. 245004)
    **Price Law Group, APC**
    8245 N. 85th Way
    Scottsdale, AZ 85258
    brian@pricelawgroup.com
    *Attorney for Plaintiff,*
    *Ronald Valverde*